# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| AUSTIN BROOKS, | : |
| | |
| VINCENT BROOKS, parent on behalf of A.B. (minor child), | : Civil Case No.: 1:14-cv-412 |
| | : Judge: MICHAEL R. BARRETT |
| RANDY BROOKS, parent on behalf of N.B. (minor child) | : |
| | : |
| Plaintiffs, | : |
| | |
| v. | : **MOTION TO WITHDRAW THE MOTION TO STRIKE EXPERT REPORT OF DR. EDWARD DRAGAN** |
| RIPLEY, UNION, LEWIS, HUNTINGTON (RULH) SCHOOL DISTRICT, et al., | : |
| | : |
| Defendants. | : |

*[Handwritten: Granted. 7/7/15 Karen L. Litkovitz]*

Comes now the Defendants Ripley, Union, Lewis, Huntington, School District; Ripley, Union, Lewis, Huntington, Board of Education; Martha Ann Hasselbusch; and Susie Jane Skinner, and by and through counsel respectfully submit this Withdraw the Motion to Strike the Expert Report of Dr. Edward Dragan.

The Motion, as filed, contains certain information which should be redacted pursuant to Fed. R. Civ. P. 5.2. Counsel for the Defendants respectfully requests that this Court remove said document so that an amended Motion may be filed.

Respectfully Submitted,

/s/ Ryan M. LaFlamme
Ryan M. LaFlamme (0084205)